# Court of Appeals
# of the State of Georgia

ATLANTA,  January 20, 2017

*The Court of Appeals hereby passes the following order:*

## A17A0894. RONALD EUGENE POU JR., FIRST TRUSTEE JMH FREEDOM TRUST v. ALDRIDGE PITE, LLP et al.

Ronald Eugene Pou Jr., acting pro se, filed a complaint against Aldridge Pite, LLP and at least one other defendant, contesting a foreclosure upon certain real property and setting forth various claims. Aldridge Pite filed a motion to dismiss the action, asserting that Pou's complaint stated no claim against it upon which relief could be granted. The trial court granted the motion, and Pou filed a notice of appeal giving rise to the instant direct appeal. We, however, lack jurisdiction.

In cases involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment. See *Shoenthal v. Shoenthal*, 333 Ga. App. 729, 730 (776 SE2d 663) (2015). In such cases, there must be an express determination under OCGA § 9-11-54 (b) or there must be compliance with the interlocutory appeal requirements of OCGA § 5-6-34 (b), and where neither code section is followed, the appeal is premature and must be dismissed. See *Shoenthal*, supra. Here, the trial court's dismissal order did not dispose of all of Pou's claims, as the case appears to remain pending below against at least one other defendant, nor did the order direct the entry of judgment pursuant to OCGA § 9-11-54 (b).

Therefore, as Pou did not comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b), this appeal is hereby DISMISSED as premature.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  01/20/2017*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*